Healthline 1, Inc., as Assignee of Fredy Moreno-Alfaro, Appellant, 
against
Allstate Insurance Co., Respondent.




Glinkenhouse, Floumanhaft & Queen (Stephen J. Green of counsel), for appellant.
Peter C. Merani, P.C. (Samuel Kamara of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered May 12, 2017. The order, insofar as appealed from, granted the branch of a cross motion by defendant seeking to stay the accrual of no-fault statutory interest "between date of settlement and date of judgment."




ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and the branch of defendant's cross motion seeking to stay the accrual of no-fault statutory interest "between date of settlement and date of judgment" is denied.
This action by a provider to recover assigned first-party no-fault benefits was settled in open court in 2011. Defendant did not pay the settlement amount, and a judgment was subsequently entered on June 28, 2016, pursuant to CPLR 5003-a. Plaintiff appeals from so much of an order of the Civil Court entered May 12, 2017 as granted the branch of a cross motion by defendant seeking to stay the accrual of no-fault statutory interest "between date of settlement and date of judgment."
For the reasons stated in Seaside Rehabilitation, as Assignee of Evelia Polanco v Allstate Ins. Co. (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2017-1666 Q C], decided [*2]herewith), the order, insofar as appealed from, is reversed and the branch of defendant's cross motion seeking to stay the accrual of no-fault statutory interest "between date of settlement and date of judgment" is denied.
SIEGAL, J.P., PESCE and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 07, 2019